MARK G. SIMONS, ESQ.
Nevada Bar No. 5132
MSimons@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for United Construction Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:22-cv-00244-MMD-CLB<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff United Construction Company ("Plaintiff") and Defendant Axis Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate to the dismissal of this action with prejudice with both parties to bear their respective attorneys' fees and costs incurred in this action.

DATED this 8th day of November, 2022.

SIMONS HALL JOHNSTON, PC


  /s/ Mark G. Simons
MARK G. SIMONS
Nevada Bar No. 5132
690 Sierra Rose Drive
Reno, NV 89511

*Attorneys for Plaintiff*
*United Construction Company*

Page 1

DATED this 8th day of November, 2022.

COZEN O'CONNOR

/s/ Michael W. Melendez
Michael W. Melendez
Nevada Bar No. 6741
COZEN O'CONNOR
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169

*Attorneys for Defendant*
*AXIS INSURANCE COMPANY*

Case dismissed.  IT IS SO ORDERED.

Dated: November 9, 2022

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of SIMONS HALL JOHNSTON PC, and that on this date I caused to be served a true copy of the **STIPULATION FOR DISMISSAL** on all parties to this action by the method(s) indicated below:

____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

__X__ by using the Court's CM/ECF Electronic Notification System:

    Michael W. Melendez
    *Attorney for Axis*

____ by personal delivery/hand delivery addressed to:

____ by facsimile (fax) addressed to:

____ by Federal Express/UPS or other overnight delivery addressed to:

DATED this 8th day of November, 2022.

_____
Employee of Simons Hall Johnston PC

Page 3